Renee C. Ohlendorf, Esq. (SBN 263939)
Email: rchoy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Boulevard, Suite 800
Los Angeles, CA  90025
Telephone:	(310) 909-8000
Facsimile:	(310) 909-8001

Attorneys for Defendant,
GC Services, LP

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY A. HILL,<br>On behalf of herself and all others similarly situated<br><br>              Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PART-NERSHIP<br><br>              Defendant. | Case No. 2:10-cv-01243-GHK-JEM<br><br>[Assigned to the Honorable George H. King, Rm No. 650]<br><br>**DEFENDANT GC SERVICES LIMITED PARTNERSHIP'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** |

**NOW COMES** the Defendant, GC SERVICES LIMITED PARTNERSHIP ("GC Services"), by and through its attorney, Renee Choy Ohlendorf of Hinshaw & Culbertson LLP, and for its Answer to Plaintiff's Complaint as follows:

1.	Defendant admits that plaintiff's complaint purports to allege an FDCPA violation and purports to cite to incomplete portions of the FDPCA.  Defendant also admits that plaintiff's complaint attempts to summarize certain portions of the FDCPA in an incomplete and inaccurate manner.  Defendant denies violating the FDCPA or

1
DEFENDANT GC SERVICES LP'S ANSWER AND AFFIRMATIVE DEFENSES

any other law.  Defendant denies all remaining allegations contained within this paragraph.

2.   Defendant admits that plaintiff's complaint purports to cite to incomplete portions of cited cases.  Defendant also admits that plaintiff's complaint attempts to summarize certain portions of the FDCPA in an incomplete and inaccurate manner.  Defendant denies violating the FDCPA or any other law.  Defendant denies all remaining allegations contained within this paragraph.

3.   Defendant admits that plaintiff's complaint purports to allege an FDCPA violation and purports to cite to incomplete portions of the FDPCA.  Defendant also admits that plaintiff's complaint attempts to summarize certain portions of the FDCPA in an incomplete and inaccurate manner.  Defendant denies violating the FDCPA or any other law.  Defendant denies all remaining allegations contained within this paragraph.

4.   Defendant admits that plaintiff's complaint purports to allege an FDCPA violation and purports to cite to incomplete portions of the FDPCA.  Defendant also admits that plaintiff's complaint attempts to summarize certain portions of the FDCPA in an incomplete and inaccurate manner.  Defendant denies violating the FDCPA or any other law.  Defendant denies all remaining allegations contained within this paragraph.

5.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within this paragraph.

6.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within this paragraph.

7.   Defendant admits that it is a limited partnership that, at times, attempts to collect debts by mail and telephone.  Defendant admits that it maintains an office in Houston, Texas.  Defendant denies all remaining allegations contained within this paragraph.

8. Defendant admits that it, at times, attempts to collect debts using the mail and telephone. Defendant admits that, at times, the debts are owed to third parties. Defendant admits that plaintiff owes a debt to the United States Department of Education. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within this paragraph pertaining to whether plaintiff incurred the debt for personal use. Defendant denies all remaining allegations contained within this paragraph.

9. Defendant admits that plaintiff's complaint purports to allege an FDCPA violation and thereby involves federal questions which invoke the subject matter jurisdiction of this Court. Defendant denies all remaining allegations contained within this paragraph.

10. Defendant admits that it, at times, it makes telephone calls to debtors in the State of California. Defendant denies that there are any attachments to the complaint served upon it. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained within this paragraph.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within this paragraph.

12. Defendant denies that there are any attachments to the complaint served upon it. Defendant therefore denies all remaining allegations contained within this paragraph.

13. Defendant denies all allegations contained within this paragraph.

14. Defendant admits that plaintiff's complaint purports to allege an FDCPA violation and purports to cite to incomplete portions of the FDPCA. Defendant also admits that plaintiff's complaint attempts to summarize certain portions of the FDCPA in an incomplete and inaccurate manner. Defendant denies violating the FDCPA or any other law. Defendant denies all remaining allegations contained within this paragraph.

15. Defendant admits that plaintiff's complaint purports to cite to incomplete portions of cited cases. Defendant also admits that plaintiff's complaint attempts to summarize certain portions of the FDCPA in an incomplete and inaccurate manner. Defendant denies violating the FDCPA or any other law. Defendant denies all remaining allegations contained within this paragraph.

16. Defendant denies all allegations contained within this paragraph.

17. Defendant denies all allegations contained within this paragraph.

18. Defendant denies all allegations contained within this paragraph.

19. Defendant denies all allegations contained within this paragraph.

20. Defendant denies all allegations contained within this paragraph.

21. Defendant denies all allegations contained within this paragraph.

22. Defendant denies all allegations contained within this paragraph.

23. Defendant denies all allegations contained within this paragraph.

24. Defendant denies all allegations contained within this paragraph.

25. Defendant denies all allegations contained within this paragraph.

26. Defendant denies all allegations contained within this paragraph.

27. Defendant denies all allegations contained within this paragraph.

28. Defendant denies all allegations contained within this paragraph.

29. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within this paragraph.

30. Defendant denies all allegations contained within this paragraph.

31. Defendant denies all allegations contained within this paragraph.

32. Defendant denies all allegations contained within this paragraph.

33. Defendant denies all allegations contained within this paragraph and all of its sub-paragraphs.

\\

\\

\\

DEFENDANT GC SERVICES LP'S ANSWER AND AFFIRMATIVE DEFENSES

31162707v1 909825 46121

**WHEREFORE**, defendant, GC SERVICES LIMITED PARTNERSHIP, respectfully requests that judgment be entered in its favor and against plaintiff and for such further relief as this Court deems just and proper.

DATED: March, 16, 2010                    HINSHAW & CULBERTSON LLP

                                          By:  *s/Renee Choy Ohlendorf, Esq.*
                                               Renee Choy Ohlendorf
                                               Attorneys for Defendant
                                               GC Services, LP

## AFFIRMATIVE DEFENSES

Defendant, GC SERVICES LIMITED PARTNERSHIP, by its attorney, Renee Choy Ohlendorf, for its affirmative defenses, states as follows:

### FIRST AFFIRMATIVE DEFENSE – BONA FIDE ERROR DEFENSE

For its First Affirmative Defense, the defendant states that any violation of the FDCPA, which defendant denies occurred, was not intentional and would have resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

### SECOND AFFIRMATIVE DEFENSE – FAILURE TO STATE CLAIM

For its Second Affirmative Defense, the defendant states that plaintiff has failed to state a claim or cause of action.

### THIRD AFFIRMATIVE DEFENSE -- WAIVER

For its Third Affirmative Defense, the defendant states that plaintiff has waived her purported FDCPA claim(s) by inviting and/or otherwise entering into an agreement with defendant regarding her debt and/or inviting and/or otherwise entering into an agreement with defendant regarding contact with plaintiff, including voicemail.

### FOURTH AFFIRMATIVE DEFENSE -- LICENSE

For its Fourth Affirmative Defense, the defendant states that plaintiff has granted defendant license which defeats her FDCPA claim(s) by inviting and/or

otherwise entering into an agreement with defendant regarding her debt and/or inviting and/or otherwise entering into an agreement with defendant regarding contact with plaintiff, including voicemail.

### FIFTH AFFIRMATIVE DEFENSE -- ARBITRATION

For its Fifth Affirmative Defense, the defendant states that this case is subject to arbitration due to contractual agreement(s) entered into by plaintiff with the United States Department of Education.

**WHEREFORE**, defendant, GC SERVICES LIMITED PARTNERSHIP, respectfully requests that judgment be entered in its favor and against plaintiff and for such further relief as this Court deems just and proper.

DATED: March 16, 2010        HINSHAW & CULBERTSON LLP

                             By: */s/Renee Choy Ohlendorf, Esq.*
                                 Renee Choy Ohlendorf
                                 Attorneys for Defendant
                                 GC Services, LP